# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**  **PLAINTIFF**
**ADC #106563**

v.  **CASE NO. 4:21-CV-01077-BSM**

**NEWBURN,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 32] are adopted, and plaintiff's motion for a temporary restraining order [Doc. No. 28] is denied. It is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of May, 2022.

UNITED STATES DISTRICT JUDGE