# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                                 **PLAINTIFF**
#106563

v.                              **CASE NO. 4:21-CV-01077-BSM**

**ORLANDO NEWBURN,** *et al.*                                                              **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Robertson's objections, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 77] are adopted. Defendants' motion for summary judgment [Doc. No. 67] is granted, and Robertson's claims are dismissed with prejudice. Robertson's motion for settlement [Doc. No. 74] is denied as moot. Robertson's motion for status update [Doc. No. 79] is granted, and the clerk is directed to send Robertson a copy of this order and accompanying judgment, and a docket sheet.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE