IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                          **PLAINTIFF**
#106563

v.                       **CASE NO. 4:21-CV-01077-BSM**

**ORLANDO NEWBURN,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE